## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE SMITH, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs,*<br><br>-vs-<br><br>FEIN, SUCH, KAHN & SHEPARD, P.C.; and JOHN DOES 1-25,<br><br>*Defendants.* | Civil Case No.: 2:20-cv-05921 (CCC)(AME) |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on November 23, 2021, at 10:00 a.m. [ECF No. 30] or as soon thereafter as counsel may be heard, Plaintiff DALE SMITH, on behalf of himself and all others similarly situated, and Defendant FEIN, SUCH, KAHN & SHEPARD, P.C. (collectively referred to herein as "the Parties") will move this Court before the Honorable Andre M. Espinosa, USMJ, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an Order certifying this case to proceed as a class action for settlement purposes and granting final approval of the Parties' class settlement agreement.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(d), the Parties rely upon the enclosed Brief and Certification of Joseph K. Jones, Esq.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), the Parties include a proposed form of Order.

Dated: New York, New York
　　　　November 20, 2021

| | |
|---|---|
| */s Benjamin J. Wolf*<br>Benjamin Wolf, Esq. | */s Gregg Tabakin*<br>Gregg Tabakin, Esq. |

| | |
|---|---|
| Jones, Wolf & Kapasi, LLC<br>375 Passaic Avenue<br>Suite 100<br>Fairfield, New Jersey 07004<br>(973) 227-5900 telephone<br>(973) 244-0019 facsimile<br>bwolf@legaljones.com<br>*Attorneys for Plaintiffs* | Fein, Such, Kahn & Shepard, P.C.<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey 07054<br>Phone: (973) 867-4507<br>gtabakin@fskslaw.com<br>*Attorneys for Defendant* |